Timothy Lee Jacobs, Hunton & Williams LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by Hilary Lefko, David S. Lowman, Jr.

Andrew M. Weiner, Tax Division, United States Department of Justice, Washington, DC, argued for defendant-appellant. Also represented by Jonathan S. Cohen, Gilbert Steven Rothenberg, Diana L. Erbsen, Caroline D. Ciraolo.

WALLACH, MAYER, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

**RP1 FUEL CELL, LLC, UTS SJ–1, LLC, Plaintiffs–Appellees.**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2015–5106.

United States Court of Appeals, Federal Circuit.

April 8, 2016.

**Patricia FOLEY–HINNEN, Petitioner**

v.

**GOVERNMENT ACCOUNTABILITY OFFICE, Respondent.**

No. 2015–6002.

United States Court of Appeals, Federal Circuit.

April 8, 2016.

Marisa L. Williams, Williams & Rhodes, LLP, Englewood, CO, argued for petitioner.

Lincoln Schroth, United States Government Accountability Office, Washington, DC, argued for respondent. Also represented by Joan M. Hollenbach, John A. Bielec; Domenique Grace Kirchner, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC.

WALLACH, MAYER, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.